UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNEAL DAVIS | CIVIL ACTION |
| versus | NO. 12-3042 |
| N. BURL CAIN, WARDEN | SECTION: "H" (3) |

O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Erneal Davis** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of May, 2014.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE